UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS LEDESMA,<br><br>       Plaintiff,<br><br>   -against-<br><br>DOE,<br><br>       Defendant. | 25-cv-2261 (LTS)<br><br>CIVIL JUDGMENT |

   For the reasons stated in the April 23, 2025, order, this action is dismissed without prejudice to refiling.

   The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: May 1, 2025
     New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge